1234                                            02:00:35 p.m.   08-31-2015   10/10

008.17294

**STAHL & DeLAURENTIS, P.C.**
BY:   SCOTT C. BUSHELLI, ESQUIRE
ATTY I.D. #:  ID #015851994
10 E. CLEMENTS BRIDGE ROAD
RUNNEMEDE, NJ 08078
(856) 380-9200
ATTORNEY FOR Defendants, Martin Kessler,
MD and Delaware Valley Primary Care

*Plaintiff(s),*
BRIAN WEBB

vs.

*Defendant(s),*
MARTIN J. KESSLER, MD and DELAWARE
VALLEY PRIMARY CARE, et al

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CAMDEN VICINAGE

Docket No. 1:13-CV-06192 JEI-AMD

CIVIL ACTION

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

All matters in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and are hereby dismissed with prejudice and without costs against all parties.

DATED: 09-16-2015

BY: *Edward L. Wicks*
     EDWARD I. WICKS, ESQ.
For SCOTT C. BUSHELLI, ESQUIRE
Attorney(s) for Defendant, Martin
Kessler, MD and Delaware Valley
Primary Care

BY: *Tara L. Magitz, Esq.*
     Stanley Drinkwater, Esquire   for
     *Attorney(s) for Plaintiff(s)*

SO ORDERED this 18th day of September, 2015. The Clerk of Court is hereby directed to CLOSE THIS FILE.

Joseph E. Irenas, S.U.S.D.J.